TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mark Wenzel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Wenzel, | Case No.: 2:15-cv-02358-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Experian Information Solutions, Inc., an Ohio corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 25th day of July, 2016. |

RESPECTFULLY SUBMITTED this 25th day of July, 2016.

KENT LAW OFFICES

By: _/s/ Trinette G. Kent_
Trinette G. Kent
Attorney for Plaintiff,
Mark Wenzel