Jonathan A. Dessaules
State Bar No. 019439
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, AZ 85016
Telephone:   (602) 274-5400
Facsimile:   (602) 274-5401
jdessaules@dessauleslaw.com

Greg S. Martin
CA State Bar No. 294482
*Admitted Pro Hac Vice*
JONES DAY
12265 El Camino Real; Ste 200
San Diego, CA 92130
Telephone:   (858) 314-1136
Facsimile:   (858) 314-1150
gmartin@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Wenzel, | Case No.:  2:15-cv-02358-SPL |
| Plaintiff, | Hon. Steven P. Logan |
| v. | |
| Experian Information Solutions, Inc. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

1

Plaintiff and Defendant Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Experian, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 22nd day of August, 2016

JONES DAY

By: __/s/ Greg S. Martin__
Greg S. Martin
*Counsel for Experian*
*Admitted Pro Hac Vice*

KENT LAW OFFICES

By: __/s/ Trinette G. Kent__

Trinette G. Kent
*Attorney for Plaintiff*