IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Wenzel,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.,<br><br>　　　　　　Defendant. | No. CV-15-02358-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation for Dismissal (Doc. 43). Pursuant to the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1.　　That the Stipulation for Dismissal (Doc. 43) is **granted**;

　　　　2.　　That this action is **dismissed with prejudice** in its entirety;

　　　　3.　　That each party shall bear its own costs and attorneys' fees; and

　　　　4.　　That the Clerk of Court shall terminate this action.

　　　　Dated this 22nd day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge